Revised *03/2025*

Application (1)

# UNITED STATES BANKUPTCY COURT
## WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| Rodriguez v. Norris | 18-05218 |
| Case Name | Adversary Case Number |

### APPLICATION FOR PAYMENT OF UNCLAIMED REGISTRY FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed registry funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a defendant in the above captioned adversary case and has not received payment of these funds which are due and owing to the Claimant. Claimant states:

NAME OF CLAIMANT: Bethany Sanchez

PHONE NUMBER: 940 595 2162 LAST FOUR DIGITS OF SOCIAL SECURITY NO: 1704

MAILING ADDRESS: 2208 9th St

CITY: Wichita Falls   STATE: Tx   ZIP: 76301

Claimant further states that funds in the amount of $ 6,657.81 (1/3 of the principal), and funds in the amount of $ 1,094.06 (1/3 of the accrued interest), for a total payment of $ 7,751.87, is due to this claimant.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment.

Date: 4/8/25

Claimant's Signature

State of Texas
County of Wichita
Subscribed and sworn to before me this 8 day of April, 2025

Notary Public

My commission expires: 10/20/2026

Mail to:  United States Bankruptcy Court
Attn: Financial Administrator
615 E. Houston, Suite 597
San Antonio, TX  78205



ASHLEY LYNN VINSON
Notary Public, State of Texas
Comm. Expires 10-20-2026
Notary ID 134025749